UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 2, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DESHAY BUCKLEY, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:02-cr-00193-WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Deshay Buckley</u>; Case <u>2:02-cr-00193-WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of _____

\_\_   Unsecured Appearance Bond in the amount of $

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond secured by Real Property

\_\_   Corporate Surety Bail Bond

_X_   (Other) <u>Probation Conditions: released on supervised release conditions previously in place</u>.

Issued at <u>Sacramento, CA</u> on <u>7/2/2012</u>   at  2:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge